UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00160 SWW |
| | ) | |
| v. | ) | 18 U.S.C. § 115(a)(1)(B) |
| | ) | 18 U.S.C. § 876(c) |
| CLAYTON JACKSON | ) | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 0 4 2020
JAMES W. McCORMACK, CLERK
By: _____ Tammy C/yu
DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 30, 2020, in the Eastern District of Arkansas, the defendant,

CLAYTON JACKSON,

did threaten to assault and murder A.G, an FBI Special Agent and Federal law enforcement officer, with intent to retaliate against A.G. on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT TWO

On or about March 3, 2020, in the Eastern District of Arkansas, the defendant,

CLAYTON JACKSON,

did threaten to assault and murder C.H, an FBI employee whose killing would be a crime under Title 18, United States Code, Section 1114, with intent to retaliate against C.H. on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B)

.

## COUNT THREE

On or about March 17, 2020, in the Eastern District of Arkansas, the defendant,

CLAYTON JACKSON,

did threaten to assault and murder A.G, an FBI Special Agent and Federal law enforcement officer, with intent to retaliate against A.G. on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT FOUR

On or about January 30, 2020, in the Eastern District of Arkansas, the defendant,

CLAYTON JACKSON,

knowingly caused to be delivered by the Postal Service according to the directions thereon a communication, dated January 30, 2020, addressed to the Federal Bureau of Investigation, at 24 Shackleford West Blvd., Little Rock, Arkansas, 72211, and containing a threat to injure A.G., who is a Federal law enforcement officer, in violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE

On or about March 3, 2020, in the Eastern District of Arkansas, the defendant,

CLAYTON JACKSON,

knowingly caused to be delivered by the Postal Service according to the directions thereon a communication, dated March 3, 2020, addressed the Federal Bureau of Investigation, c/o C.H., at 24 Shackleford West Blvd., Little Rock, Arkansas, 72211, and containing a threat to injure C.H., who is a Federal official covered under Title 18, United States Code, Section 1114, in violation of Title 18, United States Code, Section 876(c).

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]