# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                PLAINTIFF

v.               No. 4:20-cr-160-DPM

CLAYTON JACKSON               DEFENDANT
Reg. No. 02682-509

## ORDER

Jackson moves to reduce his sentence based on amendments to the Sentencing Guidelines. When he was sentenced, he received two criminal history points because he was on parole when he committed his new crime. He would only receive one point under the amended Guidelines. This change, however, does not affect his sentencing range. Jackson still has nineteen criminal history points, meaning he remains in criminal history category VI. His motion, *Doc. 54*, is therefore denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2024